IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No. 14-cv-00211-RPM**

THE UNITED STATES OF AMERICA FOR THE USE
AND BENEFIT OF HITT CONTRACTING, INC., Plaintiff,

v.

COASTAL ENVIRONMENTAL GROUP, INC., and
AEGIS SECURITY INSURANCE COMPANY, Defendants

**ORDER GRANTING STIPULATION OF DISMISSAL OF CASE, WITH PREJUDICE**

THIS MATTER comes before the Court upon the Stipulation of Dismissal of Case, with Prejudice, filed by Plaintiff, HITT Contracting, Inc., with the permission and consent of counsel for Defendants, Coastal Environmental Group, Inc. and Aegis Security Insurance Company.

THE COURT, having reviewed the unopposed motion, and being otherwise sufficiently advised in the premises, hereby orders as follows:

- The Stipulation of Dismissal of Case, With Prejudice, is GRANTED;
- All claims in this action between Plaintiff on the one hand, and Defendants on the other hand, are hereby dismissed with prejudice; and
- Each Party shall be responsible for its own costs, fees and expenses.

Done this 12th day of August 2014.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge